IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01469-EWN-BNB

REINHART OIL & GAS, INC.,

Plaintiff,

v.

EXCEL DIRECTIONAL TECHNOLOGIES, LLC.,

Defendant.

_____

**ORDER**
_____

At the request of the parties:

IT IS ORDERED that a settlement conference is set for **February 12, 2007, at 10:00**

**a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street,

Denver, Colorado.  All settlement conferences that take place before the magistrate judge shall be

confidential.  Attorneys and client representatives with authority to settle must be at the

conference in person.  (NOTE: This requirement is not satisfied by the presence of counsel alone.

If an insurance company is involved, an adjustor authorized to enter into settlement must be

present.)

Each party shall submit an updated confidential settlement statement to the magistrate

judge on or before **February 5, 2007**, outlining the facts and issues and containing a specific offer

of compromise, including a dollar amount the client will accept or pay in settlement and all other

essential elements of a settlement.

Dated December 20, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge