IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01469-EWN-BNB

REINHART OIL & GAS, INC.,

Plaintiff,

v.

EXCEL DIRECTIONAL TECHNOLOGIES, LLC.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion to Clarify Expert Disclosure Deadlines** [Doc. # 34, filed 1/11/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the expert disclosure deadlines are amended consistent with the requirements of Part 5.c. of the *Preliminary Pretrial Order* entered today.

Dated January 18, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge