IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01469-EWN-BNB

REINHART OIL & GAS, INC.,

Plaintiff,

v.

EXCEL DIRECTIONAL TECHNOLOGIES, LLC.,

Defendant.
_____

**ORDER**
_____

At the oral request of the plaintiff during the settlement conference held this morning and without objection by the defendant,

IT IS ORDERED that the plaintiff may have to and including **February 16, 2007**, within which to respond to the defendants outstanding discovery requests.

Dated February 12, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge