IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01469–EWN–BNB

REINHART OIL & GAS, INC.,

     Plaintiff,

v.

EXCEL DIRECTIONAL
TECHNOLOGIES, LLC,

     Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

This matter is before the court on the "Stipulated Motion for Dismissal Without Prejudice" filed February 28, 2007. The court having read the Motion for Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 28th day of February, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge